IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELM ONE CALL LOCATORS, INC.                                        PLAINTIFF
                                                          COUNTER-DEFENDANT

v.                              No. 4:16-cv-113-DPM

WINDSTREAM SERVICES, LLC                                            DEFENDANT
                                                           COUNTER-CLAIMANT

ORDER

For the reasons stated on the record at the 16 August 2016 hearing, Elm One's motion for partial summary judgment, № 9, is denied. Windstream's motion for summary judgment, № 20, is granted in part and denied in part. Elm One's breach of contract claim is dismissed with prejudice. Its rescission claim remains.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 August 2016