## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**ELM ONE CALL LOCATORS, INC.**                    **PLAINTIFF/**
**COUNTER-DEFENDANT**

**v.**                    **No. 4:16-cv-113-DPM**

**WINDSTREAM SERVICES, LLC**                    **DEFENDANT/**
**COUNTER-CLAIMANT**

### JUDGMENT

The Complaint and Counterclaim are dismissed with prejudice.

_____

D.P. Marshall Jr.
United States District Judge

28 April 2017